Same case below, 390 Fed. Appx. 686.

Same case below, 618 F.3d 821.

**No. 10-8706. Jason Scalise, Petitioner v. United States.**

562 U.S. 1262, 131 S. Ct. 1585, 179 L. Ed. 2d 486, 2011 U.S. LEXIS 1814.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 398 Fed. Appx. 736.

**No. 10-8707. David Burks, Petitioner v. United States.**

562 U.S. 1262, 131 S. Ct. 1585, 179 L. Ed. 2d 486, 2011 U.S. LEXIS 1880.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 406 Fed. Appx. 539.

**No. 10-8711. Paul C. Dickau, Petitioner v. United States.**

562 U.S. 1263, 131 S. Ct. 1585, 179 L. Ed. 2d 486, 2011 U.S. LEXIS 1808.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 399 Fed. Appx. 625.

**No. 10-8712. Dennis Dinwiddie, Petitioner v. United States.**

562 U.S. 1263, 131 S. Ct. 1586, 179 L. Ed. 2d 486, 2011 U.S. LEXIS 1754.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-8713. Joe Darrell Edwards, Jr., Petitioner v. United States.**

562 U.S. 1263, 131 S. Ct. 1586, 179 L. Ed. 2d 486, 2011 U.S. LEXIS 1786.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 618 F.3d 802.

**No. 10-8718. Joseph Donelson, Petitioner v. United States.**

562 U.S. 1263, 131 S. Ct. 1586, 179 L. Ed. 2d 486, 2011 U.S. LEXIS 1777.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-8723. Paul Allen Woods, Petitioner v. United States.**

562 U.S. 1263, 131 S. Ct. 1586, 179 L. Ed. 2d 486, 2011 U.S. LEXIS 1753.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 398 Fed. Appx. 117.

**No. 10-8724. Sergio Dominguez-Rodriguez, Petitioner v. United States.**

562 U.S. 1263, 131 S. Ct. 1586, 179 L. Ed. 2d 486, 2011 U.S. LEXIS 1875.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 400 Fed. Appx. 881.